IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

OCT 0 1 2008

| UNITED STATES OF AMERICA | ) | No. 5:08CR50074-001 |
| --- | --- | --- |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 1470 |
| ROBERT WILLIAM MOORE | ) | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about August 1, 2008, through and including August 6, 2008, in the Western District of Arkansas, Fayetteville Division and elsewhere, **ROBERT WILLIAM MOORE**, the defendant, using a means of interstate commerce, namely, a computer connected to the internet, knowingly persuaded, induced, enticed, and coerced any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape, and attempted to do so; all in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about August 4, 2008, in the Western District of Arkansas, Fayetteville Division and elsewhere, **ROBERT WILLIAM MOORE**, the defendant, using a facility and means of interstate commerce, namely, a computer connected to the internet, knowingly transferred obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, and attempted to do so; all in violation of Title 18, United States Code, Section 1470.

## COUNT THREE

On or about August 6, 2008, in the Western District of Arkansas, Fayetteville Division, **ROBERT WILLIAM MOORE**, the defendant, knowingly possessed a PNY Attache 2 gigabyte thumb drive which contained a visual depiction that had been mailed and shipped and transported in interstate and foreign commerce and which was produced using materials which have been mailed and so shipped and transported, by any means including by computer, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction was of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A True Bill.

/s/ Foreperson
Foreperson

By:

ROBERT C. BALFE
UNITED STATES ATTORNEY

Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: 479-441-0578